STATE of Missouri,
Plaintiff/Respondent,

v.

Arthur R. TOLER, Defendant/Appellant.

Arthur R. TOLER, Defendant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 59191, 61023.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 10, 1992.

Jeannie Arterburn, St. Louis, for defendant/appellant.

William R. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

PER CURIAM.

In this jury-tried case, defendant was convicted of felony stealing in violation of § 570.030, RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).